

# AMENDED COMPLAINT
(for filers who are prisoners without lawyers)

CLERK USDC EDWI
FILED
2025 FEB 21 P 2:15

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff)

Matthew Poe

v.

(Full name of defendant(s))

DSO Munger
DSO June
Pollyanna (Medical Provider)

Case Number:

24-CV-1606

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Illinois__, and is located at
   (State)
   __4777 88th Ave Kenosha, Wi 53144__
   (Address of prison or jail)

2. Defendant __DSO Munger__
   (Name)
   is (if a person or private corporation) a citizen of __Unknown__
   (State, if known)

Amended Complaint – 1

Parties

CLERK USDC EDWI
FILED
2025 FEB 21 P 2:15

Defendants

DSO June
Citizen: Unknown
Resides: Unknown
Work for: Kenosha County Department of Corrections
4777 88th Ave Kenosha Wi 53144

Ms Pollyanna (Medical Provider)
Citizen: Unknown
Resides: Unknown
Work For: Napha Care / Kenosha County Department of Corrections 4777 88th Ave Kenosha, Wi 53144

and (if a person) resides at ___Unknown___
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)  4727 88th Ave
worked for __Kenosha County Department of Corrections___ Kenosha, Wi 53144
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On or about the second week of July 2024 I had a really bad back pain that ended up being STaph Infection that needed immediate Surgery which occured July 26 2024. Statement of Claim ① After the Surgery the order given by the Surgeon was to redress my wound twice a day. ② 8/17/24 I was allowed Recreation time while housed in medical ward. So I asked DSO Munger if he would Please get the wheelchair for me. At first he refused but then he asked if I had a wheelchair Permit the nurse said Yes and a wheelchair was provided for me. DSO Munger then stated that I need to have the nurse change the Paperwork. Since I'm a

Amended Complaint – 2

and not much attention is given to my words, Can you ask them to change it ③ At that moment DSO Munger began to yell at me at such close range that his Spit was Landing on my Face and Stated "I dont Fix Paperwork" cuffed me up and took me Segregation for 24 hrs I was denied the medical attention I needed including redressing my wounds ④ On 8/19/24 my bandage came off my back, Causing my wound to Bleed, and leak Puss, and run risk of Infection. Noticing there was no Nurse around and DSO Slatner was not on His Post. I decided to push the Emergency Button (medical) and for do so I was written up and punished ⑤ On 9/10/24 the Surgeon ordered for my wound to be cleaned and dressed twice a day to keep my wound clean and Safe from infection. and when I noticed that this order was not being met I asked why and the nurse told me that the medical Provider (MS Pollyanna) had changed the orders, to once a day dressing change. AS well as there were days that the bandages were never changed at all Aug 11, 12, 13, 15, 16, 17, and 30th of 2024 further putting me at Risk of Infection and further Injury. ⑥

(Continue Statement of Claim)

6) The Plaintiff therefore demands compensation for a 14th Amendment Violation under Clear Circuit and Supreme Court Precedent the 14th Amendments Due Process Clause Prohibits holding pretrial detainees in Conditions that Amount to Punishment because Pretrial Confiness are not Similarly Situated they are not under a sentence of confinement Because they have not yet been convicted it can not be said that they ought to expect whatever deprivation can be considered "Incident" to Serving a Sentence While imposing Segregation or lockdown in response to legitimate discipline or security concerns may be permisable, taking the Plaintiff to Segregation because of Medical Reasons or request for an approved Wheelchair is unlawful and ammounts to impermissable Punishment

7) The Plantiff also demand Compesation for 8th ammendment Violation for the deliberate indifference or negligense to Plaintiff medical needs under the 8th ammendments prison officals must meet the medical needs of inmates, The Jail Authority must have the Prisoners as they find him and Provide facilites compatable with his physical conditions that meet civilized Standard of decency Specially to a Pretrial detainee, Which medical staff and correctional staff failed to meet by not following Surgeons orders in a neglegent manner. As well as the denial of Wheelchair and to be protected from further infection by providing unsanitory Showers as well as unregulated water from showers thefore water not being to hot

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff is different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

To have no contact with DSO Munger, and an awardment of 600,000 dollars for Physical, emotional and Mental Distress

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES   ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __18th__ day of __Feb.__ 20__25__.

Respectfully Submitted,

*Maurice Poe*
Signature of Plaintiff

700052
Plaintiff's Prisoner ID Number

4777 88th Ave
Kenosha Wi 53144
(Mailing Address of Plaintiff)

Matthew Poe
4177 88th Ave
Kenosha, Wi 53144

Legal Mail

United States District Court
Eastern District of Wisconsin
517 E Wisconsin Ave Room 362
Milwaukee, Wi 53202

53202-458299